**VAUGHAN v. STATE.**

**No. 13679.**

Court of Criminal Appeals of Texas.

June 25, 1930.

H. E. Wassell, of Wink, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year and one day.

Neither bills of exceptions nor statement of facts accompany the record. The indictment appears regular. No questions are presented for review.

The judgment is affirmed.